**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6530

ANTONIO MEDRANO ORTIZ,

  Plaintiff - Appellant,

  v.

SHATEEMA PINCKNEY, Correctional Officer sued in individual and official capacity; TAMEKA SMITH, Unit-Manager sued in individual and official capacity; REGINA HAMPTON, Disciplinary Hearing Officer sued in individual and official capacity; MONICA BOND, Chief Disciplinary Hearing Officer sued in individual and official capacity; SERGEANT BERNIE,

  Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Loretta C. Biggs, District Judge.  (1:24-cv-00262-LCB-LPA)

Submitted:  October 22, 2024                    Decided:  October 25, 2024

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Antonio Medrano Ortiz, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Medrano Ortiz appeals the district court's order adopting the magistrate judge's recommendations to dismiss, upon 28 U.S.C. § 1915A review, Ortiz's 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Ortiz v. Pinckney*, No. 1:24-cv-00262-LCB-LPA (M.D.N.C. May 15, 2024). We grant Ortiz's motion to correct his informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*